IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL L. MAXEY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>PAUL VAN DALEN, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. CV-F-05-1385 REC LJO<br><br>**ORDER TO: (1) SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT; OR (2) TO PAY $250 FILING FEE** |

　　　　Plaintiff Darrell L. Maxey ("plaintiff") is incarcerated and proceeds pro se in this action. Plaintiff filed his form complaint in this action but failed to file a fully completed Application To Proceed In Forma Pauperis By A Prisoner ("application") or to pay the $250 filing fee. *See* 28 U.S.C § 1915(a)(2). In this Court's experience, Fresno County Jail has completed certificates regarding inmate trust accounts and attached trust account statements. Plaintiff is given the opportunity to submit a fully completed application with required signatures and a certified copy of his trust account statement, or to pay the $250 filing fee.

　　　　Accordingly, this Court ORDERS:

　　　　1.　　This Court's clerk to send to plaintiff a form Application To Proceed In Forma Pauperis By A Prisoner; and

　　　　2.　　Plaintiff, no later than December 8, 2005, to submit a fully completed Application To Proceed In Forma Pauperis By A Prisoner with all required signatures and a certified

1  copy of his prison trust account statement for the preceding six-month period , or in the
2  alternative, to pay the $250 filing fee for this action.
3  **Failure to timely comply with this order will result in a recommendation to dismiss this**
4  **action.  This Court will take no action on plaintiff's claims or papers until he complies with this**
5  **order.**
6  IT IS SO ORDERED.
7  **Dated:    November 8, 2005**          /s/ Lawrence J. O'Neill
   66h44d                                  UNITED STATES MAGISTRATE JUDGE