IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL L. MAXEY, | CASE NO. CV-F-05-1385 REC LJO |
| Plaintiff, | <u>ORDER TO COLLECT FILING FEE</u> |
| vs. | |
| PAUL VAN DALEN, et al., | |
| Defendants. / | |

To:    Lieutenant Joe Leon
       Fresno County Jail
       1225 "M" Street
       Fresno, CA 93721

       Plaintiff Darrell L. Maxey ("plaintiff") is incarcerated and proceeds pro se and in forma pauperis in this action. Plaintiff is obligated to pay the statutory filing fee of $250 for this action. 28 U.S.C. § 1915(b)(1). This Court assesses plaintiff an initial partial filing fee of $13 for this action pursuant to 28 U.S.C. § 1915(b)(1). Upon payment of the initial partial filing fee, plaintiff will be obligated to make monthly payments of 20 percent of the preceding month's income credited to plaintiff's trust account. Lieutenant Joe Leon, Fresno County Jail is required to send to this Court's clerk payments from plaintiff's account each time the amount in the account exceeds $10, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

       On the basis of good cause, this Court:

       1.     ORDERS Lieutenant Joe Leon or his designee to collect from plaintiff's trust account

Dockets.Justia.com

an initial partial filing fee of $13 and to forward the amount to this Court's clerk. Said payment shall be clearly identified by the name and number assigned to this action.

2. ORDERS Lieutenant Joe Leon or his designee thereafter to collect from plaintiff's trust account the $237 balance by collecting monthly payments from plaintiff's trust account in an amount equal to 20 percent of the preceding month's income credited to the account and to forward those payments to this Court's clerk each time the amount in the account exceeds $10, in accordance with 28 U.S.C. § 1915(b)(2), until $250 has been collected and forwarded to this Court's clerk. The payments shall be clearly identified by the name and number assigned to this action.

3. DIRECTS this Court's clerk to serve a copy of this order and a copy of plaintiff's in forma pauperis affidavit on:

Lieutenant Joe Leon
Fresno County Jail
1225 "M" Street
Fresno, CA 93721.

4. DIRECTS the this Court's clerk to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Fresno Division, 1130 "O" Street, Fresno, CA 93721.

IT IS SO ORDERED.

**Dated:    November 28, 2005**                     **/s/ Lawrence J. O'Neill**
66h44d                                                                UNITED STATES MAGISTRATE JUDGE