**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARRELL L. MAXEY, | CASE NO. CV-F-05-1385 REC LJO |
| Plaintiff, | RENEWED ORDER FOR SERVICE OF COMPLAINT |
| vs. | |
| PAUL VAN DALEN, et al., | |
| Defendants. | |

Plaintiff Darrell L. Maxey ("plaintiff") is incarcerated and proceeds pro se in this action. Plaintiff's complaint, filed November 2, 2005, is pending before this Court. This Court has granted plaintiff's request to proceed in forma pauperis. On December 5, 2005, pursuant to this Court's order, plaintiff filed his notice of submission of documents for service of process on defendants. A discrepancy has arisen as to plaintiff's notice of submission in that this Court lacks necessary documents for service of process on defendants   Accordingly, this Court:

1. ORDERS that service is appropriate for defendants Paul Van Dalen and Brandi Phebus;
2. DIRECTS this Court's clerk to send plaintiff two USM-285 forms, two summons, an instruction sheet and a copy of plaintiff's complaint, filed November 2, 2005; and
3. ORDERS plaintiff, no later than January 16, 2006, to complete the attached Notice of Submission of Documents and submit the completed Notice to this Court with the following documents:

1

       a.      Completed summonses;

       b.      One completed USM-285 form for each defendant noted above; and

       c.      Three copies of the endorsed complaint, filed November 2, 2005.

Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to F.R.Civ.P. 4 without payment of costs.

**Plaintiff's failure to comply with this order will result in a recommendation to dismiss this action for failure to obey this Court's order. Local Rule 11-110.**

IT IS SO ORDERED.

**Dated:   December 21, 2005**          /s/ Lawrence J. O'Neill
b9ed48                                  UNITED STATES MAGISTRATE JUDGE