IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL L. MAXEY,<br><br>                    Plaintiff,<br><br>          vs.<br><br>PAUL VAN DALEN, et al.,<br><br>                    Defendant. | No. CV-F-05-1385 REC/LJO<br><br>ORDER GRANTING DEFENDANTS'<br>MOTION TO DISMISS ALLEGED<br>VIOLATION OF EIGHTH<br>AMENDMENT (Doc. 25) |

Plaintiff, who is presently incarcerated and proceeding <u>in pro per</u>, has filed a Complaint which alleges in pertinent part:

> My eighth Amendment right to be protected, and free from cruel and unusual punishment was violated when Officer Paul Van Dalen repeatedly hit me with his metal baton after I was injured, cornered and openly submitted myself to arrest, while Officer Brandi Phoebus stood there and watched.

Defendants move to dismiss the claim for alleged violation of the Eighth Amendment for failure to state a claim upon which relief can be granted.

The court has reviewed the record herein, including

1

plaintiff's opposition (a copy of which was provided to the court by defendants) and concludes that dismissal of plaintiff's Eighth Amendment claim is required.

There is no question that the Eighth Amendment's prohibition against cruel and unusual punishment applies only after conviction and sentence.  <u>Graham v. Connor</u>, 490 U.S. 386, 393 & n.6 (1989). "[E]xcessive force claims arising before or during arrest are to be analyzed exclusively under the fourth amendment's reasonableness standard rather than the due process standard ...."  <u>Reed v. Hoyt</u>, 909 F.2d 324, 329 (9th Cir. 1989), <u>cert. denied</u>, 501 U.S. 1250 (1991).  Therefore, to the extent that plaintiff is alleging excessive force during his arrest, his claim must be construed as alleging a violation of the Fourth Amendment, not the Eighth Amendment.

ACCORDINGLY:

1.  Defendants' motion to dismiss the claim in the Complaint alleging excessive force in violation of the Eighth Amendment is granted and the claimed violation of the Eighth Amendment is dismissed with prejudice.

2.  In all further proceedings in this action, plaintiff's claim alleging excessive force during his arrest will be construed and resolved as a claim of excessive force in violation of the Fourth Amendment.

IT IS SO ORDERED.

**Dated: April 14, 2006**              **/s/ Robert E. Coyle**
668554                              UNITED STATES DISTRICT JUDGE