1  Rosemary T. McGuire, Esq.   Bar No. 172549
   Erica M. Camarena, Esq.      Bar No. 227981
2
   THE LAW FIRM OF
3  WEAKLEY, RATLIFF,
   ARENDT & McGUIRE, LLP
4  1630 East Shaw Avenue, Suite 176
   Fresno, California   93710
5
   Telephone: (559) 221-5256
6  Facsimile:  (559) 221-5262

7  Attorneys for Defendants, PAUL VAN DALEN
   and BRANDI PHEBUS
8

9

10

11                 **UNITED STATES DISTRICT COURT**

12                **EASTERN DISTRICT OF CALIFORNIA**

13
   DARRELL L. MAXEY,                  )  CASE NO.  CV-f-05-1385 AWI LJO
14                                     )
              Plaintiff,              )  **ORDER AUTHORIZING THE RELEASE**
15                                     )  **OF PLAINTIFF'S DEATH CERTIFICATE**
        vs.                           )
16                                     )  Local Rule 5-137
   PAUL VAN DALEN; BRANDI PHEBUS,     )
17                                     )  Complaint Filed: 11/02/2005
              Defendants.            )  Trial Date:   TBA
18  _____ )

19

20        On September 28, 2006, Defendants Paul Van Dalen and Brandi Phebus (collectively

21  referred to as "Defendants") requested an ex parte order authorizing the release of Plaintiff,

22  Darrell L. Maxey's death certificate, believed to be recorded with the State Department of

23  Health, Office of Vital Records in Richmond Virginia.  Due to the pending action filed by Mr.

24  Maxey in the United States District Court for the Eastern District of California, this Court finds

25  good cause to issue an order authorizing the release of Mr. Maxey's death certificate to Defense

26  Counsel at the Law Firm of Weakley, Ratliff, Arendt & McGuire.

27  ///

28  ///

_____
Proposed Order Authorizing the Release of
Plaintiff, Darrell Maxey'sDeath Certificate

1       The following is the information necessary to release the certificate:

2       Name of Decedent:           Darrell L. Maxey

3       Date of Birth:              March 31, 1955

4       Date of Death:              June 13, 2006

5       Place of Death:             Pulaski, County of Pulaksi, Virginia

6       Relationship:               Attorneys representing Defendants in legal action filed by
                                    Darrell L. Maxey in the above-captioned case.
7
        Reason:                     To provide to the United States District Court for the
8                                   Eastern District of California.

9       Contact Information:        The Law Firm of Weakley, Ratliff, Arendt & McGuire,
                                    LLP; (559) 221-5256.
10

11

12

13

14      IT IS SO ORDERED.

15      **Dated:    October 2, 2006**            _____/s/ Lawrence J. O'Neill_____
        b9ed48                                  UNITED STATES MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

_____
Proposed Order Authorizing the Release of
Plaintiff, Darrell Maxey'sDeath Certificate          2