# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL L. MAXEY, | CASE NO. CV-F-05-1385 LJO TAG |
| Plaintiff, | **ORDER** (after Status Hearing) |
| vs. | |
| PAUL VAN DALEN and BRANDI PHEBUS, | |
| Defendants. | |

Due to the notice of the death of the Plaintiff Darrell Maxey, this Court set a status conference on March 19, 2007. Counsel for Defendants, Erica Camera, appeared at the hearing and provided the court with additional information. Specifically, counsel advised the Court that the Plaintiff's family contacted her office with an indication that they may wish to proceed with this action. Counsel for defendants will file a motion to dismiss within ten (10) days, giving notice to Plaintiff's family, and an opportunity for them to respond.

IT IS SO ORDERED.

**Dated:   March 19, 2007**          /s/ Lawrence J. O'Neill
b9ed48                                             UNITED STATES DISTRICT JUDGE

1